IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LAKHRAJ MANOHAR**                                                     **PLAINTIFF**

V.                      **CASE NO. 3:14-CV-00246 JM-BD**

**MATT HALL**                                                           **DEFENDANT**

### ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Manohar's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 5th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE