## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LAKHRAJ MANOHAR**                                                              **PLAINTIFF**

**V.**                           **CASE NO. 3:14-CV-00246 JM-BD**

**MATT HALL**                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 5th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE